UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: SEALED MATTER

_____/

Case: 2:17−mc−50954
Judge: Battani, Marianne O.
Filed: 7/10/2017
IN RE: SEALED MATTER (MAW)

## MOTION AND ORDER TO SEAL SEARCH WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the documents filed consisting of a Search Warrant, application for a Search Warrant, and accompanying affidavit, be sealed to avoid compromising an ongoing investigation.

WHEREFORE, the government respectfully requests that the Search Warrant, application for a Search Warrant, and affidavit in this cause be sealed until further order of the court.

DANIEL L. LEMISCH
Acting United States Attorney

*s/*Jacob Foster
United States Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(202) 305-3520

Dated: July 10, 2017

**IT IS SO ORDERED.**

Elizabeth A. Stafford
United States Magistrate Judge

Entered: July 10, 2017